FILED
CLERK, U.S. DISTRICT COURT

MAR 23 2015

CENTRAL DISTRICT OF CALIFORNIA
BY DC DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>Robert Enriquez<br>Defendant. | Case No. 2:11CR392-R<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
- Unknown Bail Resources
- Unknown Background
- History of Non-Compliance with Court Orders
- Submission
- Substance Abuse

[1]

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

_____


IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/23/15

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge